

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00228-CV

**ULLJA KUNTZE,**

**Appellant**

**v.**

**SANDRA COWAN,**

**Appellee**

**From the 335th District Court
Burleson County, Texas
Trial Court No. 26,129**

## O R D E R

"Appellant Ullja Kuntze's Motion to Reconsider the December 06, 2017 Order of

this Court," filed on December 14, 2017, is denied.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion denied
Order issued and filed January 3, 2018

